1  Bernard S. Kamine – Cal. Bar No. 043455
   Marcia H. Kamine – Cal. Bar No. 084390
2  Catherine R. Finamore – Cal. Bar No. 137238
   523 West 6th Street, Suite 546
3  Los Angeles, CA  90014
   (213) 972-0119; fax: (213) 972-0005
4  BSKamine@KamineConstructionLaw.com
   MPHKamine@KamineConstructionLaw.com
5  CRFinamore@KamineConstructionLaw.com

6  Attorneys for cross-defendant
   Woodcliff Corporation
7

**FILED**
CLERK, U.S. DISTRICT COURT

Mar 17, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

JS-6

8              UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                  WESTERN DIVISION

11

12  JOHNSON CONTROLS, INC.            No. CV 16-00898-SVW-MRW

13              Plaintiff,            [PROPOSED] ORDER TO REMAND
                                      TO STATE COURT
14      v.
                                      Submitted concurrently with
15  SIGMA MECHANICAL, INC., etc.,     Stipulation To Remand Civil Action
    et al.                            To State Court and Declaration in
16                                    Support of Stipulation
            Defendants.
17                                    Initial Status Conf.:  April 11, 2016
18  SIGMA MECHANICAL, INC,            Time:                  3:00 p.m.
                                      Complaint Filed:       October 7, 2014
19          Cross-complainant,

20      v.

21  WOODCLIFF CORPORATION, et al.

22          Cross-defendants.

23      Good and sufficient cause therefor appearing, IT IS ORDERED that this matter

24  be remanded back to the California State Superior State Court, County of Los

25  Angeles, Southwest District, Norwalk Courthouse (28 U.C.S. §1447(c)).

26

27  Dated: __March 17, 2016__      _____

28                                 Stephen V. Wilson
                                   United States District Judge

                                   -1-