

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**KIRY K. GRAY**
Clerk of Court

March 17, 2016

  Los Angeles Superior Court  
  12720 Norwalk Blvd  
  Norwalk, CA 90650  

Re:  Case Number:     2:16-cv-00898-SVW-MRW    
     Previously Superior Court Case No.     14N26209    
     Case Name:     JOHNSON CONTROLS, INC. V. SIGMA MECHANICAL, INC. ET AL    

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on     3/17/2016    , the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U.S. District Court

By:  /s/ *Sharon Hall-Brown*  
     Deputy Clerk
     213-894-3651
     Western Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

_____          By: _____
Date                                 Deputy Clerk

CV-103 (10/15)    LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)